IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARIE COLEMAN                                                    PLAINTIFF

VS.                          CIVIL ACTION NO. 5:09-cv-59(DCB)(JMR)

BRYAN BROWN AND BRIDGESTONE
RETAIL OPERATIONS, LLC                                          DEFENDANTS

## ORDER OF REMAND

This cause having come before the Court on the plaintiff Marie Coleman's motion to remand, and the Court having granted the motion in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this case is REMANDED to the Circuit Court of Sharkey County, Mississippi.

SO ORDERED, this the 17th day of December, 2009.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE